*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, STEWART, and HACKEL
Appellate Military Judges

———————————————

**UNITED STATES**
*Appellee*

**v.**

**Daemon D. ADAMS**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202200138**

———————————————

Decided: 26 October 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Angela J. Tang

Sentence adjudged 31 March 2022 by a special court-martial convened at Marine Corps Base Quantico, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 85 days and a bad-conduct discharge.[1]

For Appellant:
*Commander Kyle C. Kneese, JAGC, USN*

———————————

[1] Appellant was awarded 69 days of pretrial confinement credit.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.